UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-0477 BLF |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| ROBERT KRIETZMAN, | |
| Defendant. | |

On May 15, 2018, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- Apple iMac computer, serial number C02PP2FWFY10;
- Apple iMac computer, serial number QP8161GXX88;
- Staples brand USB thumb drive;
- PNY brand USB thumb drive;
- Kingston brand USB thumb drive;
- HP Pavilion G6 computer, serial number 5CD23726QJ;

1         • Transcend brand USB thumb drive;

2         • Memorex brand USB thumb drive.

pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures outlined in Rule 32.2. of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures outlined in Rule 32.2. of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: August 9, 2018

_____
HON. BETH LABSON FREEMAN
United States District Judge